Albert B. Norris (SBN 34756)
Stephen G. Blitch (SBN 70193)
Daniel J. Valim (SBN 233061)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); Airgas Gulf-States, Inc., and BOC, Inc. (served herein as "BOC Financial Corporation (Former Name) BOC, Inc.(True Name)")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BATTISTE, an individual and VERNA BATTISTE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION; ADAMS HARD-FACING COMPANY, INC.; AIR | No.: C06-04825 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS** |

| | |
|---|---|
| 1 | PRODUCTS & CHEMICALS, INC.; AIRCO INC.; AIRCO/THE BOC GROUP, INC., as itself |
| 2 | and as successor to Airco, Inc. (f/k/a Air Reduction Co.) and Wilson Welder & Metal Co.; |
| 3 | AIRGAS-GULF STATES, INC.; ALLEGHENY TECHNOLOGIES, INC. as successor to |
| 4 | Teledyne-McKay Welding Products; AVESTA POLARIT, INC.; BOC FINANCIAL CORP.; |
| 5 | THE BOC GROUP, INC.; CATERPILLAR, INC.; THE ESAB GROUP, INC.; ESAB |
| 6 | GROUP, INC., as itself and as successor to Alloy Rods Inc., and L-TEC Welding and Cutting |
| 7 | Systems, Inc.; GENERAL ELECTRIC COMPANY; HAYNES INTERNATIONAL, |
| 8 | INC.; HOBART BROTHERS COMPANY, as itself and as successor to Teledyne McKay, Inc.; |
| 9 | ILLINOIS TOOL WORKS, INC., as successor to Hobart Brothers Corp., Teledyne McKay, Inc. and |
| 10 | Miller Electric Manufacturing Corp.; THE LINCOLN ELECTRIC COMPANY LINCOLN |
| 11 | ELECTRIC HOLDINGS; LINCOLN GLOBAL, INC., also known as Seal Seat Corporation; |
| 12 | MCKAY WELDING PRODUCTS; METROPOLITAN LIFE INSURANCE |
| 13 | COMPANY; MILLER ELECTRIC MANUFACTURING CO., INC ; PRAXAIR, |
| 14 | INC., as successor to Linde Air Products; RANKIN INDUSTRIES, INC.; STOODY |
| 15 | COMPANY, as itself and as successor to the Deloro Stellite Company; THERMADYNE |
| 16 | HOLDINGS CORPORATION, as itself and as successor to the Deloro Stellite Company, Stoody |
| 17 | Company, and Tweco Products, Inc.; UNION CARBIDE CORPORATION, as successor to |
| 18 | Linde Air Products and Haynes Stellite Works; VIACOM, INC.; WESTINGHOUSE ELECTRIC |
| 19 | CORPORATION; J.W. HARRIS COMPANY, INC.; OLSON AND CO. STEEL, individually |
| 20 | and as successor-in-interest to BOSTROM-BERGEN METAL PRODUCTS; BOSTROM- |
| 21 | BERGEN METAL PRODUCTS; VICTOR EQUIPMENT COMPANY; HUNTINGTON |
| 22 | ALLOYS CORPORATION f/k/a Inco Alloys International Inc.; SANDVIK MATERIALS |
| 23 | TECHNOLOGY COMPANY; THERMADYNE INDUSTRIES aka Stoody; EAST BAY |
| 24 | WELDING SUPPLY, INC.; CALIFORNIA WELDING SUPPLY COMPANY; GENUINE |
| 25 | PARTS COMPANY; and Does 1-1000, |
| 26 | Defendants. |
| 27 | |
| 28 | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).

Throughout the period during which the transfer is pending, the parties stipulate to a stay of Defendants' obligation to respond to the complaint and of the parties' right to propound discovery. During this period, the parties respectfully request that this Court refrain from issuing any scheduling orders in this matter, including but not limited to case management orders and orders pertaining to Alternative Dispute Resolution. Furthermore, any and all case management conferences currently on calendar are now removed.

SO STIPULATED AND AGREED

DATED: August 18, 2006

REED SMITH LLP

By /s/ Albert B. Norris
Albert B. Norris
Stephen G. Blitch
Daniel J. Valim
Attorneys for Defendants
Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik, Inc. (erroneously named as "Sandvik Materials Technology Company"); Airgas Gulf-States, Inc., and BOC, Inc. (served herein as "BOC Financial Corporation (Former Name) BOC, Inc.(True Name)")

DATED: 8/23/06

GREENE BROILLET & WHEELER, LLP

By /s/ Bruce Fishelman
Bruce Fishelman
Helaine Hatter
Attorneys for Plaintiffs

C06-04825 MJJ — 4 —
Stipulation And [Proposed] Order Staying Proceedings

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 8/28/2006

By _____
The Honorable Martin J. Jenkins

DOCSOAK-9842664.1